JS 44C/SDNY
REV. 06/01/17

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                                    DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER            ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No ☐ Yes ☐    Judge Previously Assigned

If yes, was this case  Vol. ☐  Invol. ☐  Dismissed.  No ☐  Yes ☐  If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?        No ☐      Yes ☐

(PLACE AN [x] IN ONE BOX ONLY)                    NATURE OF SUIT

                                    TORTS                                                       ACTIONS UNDER STATUTES

**CONTRACT**           **PERSONAL INJURY**      **PERSONAL INJURY/**        **FORFEITURE/PENALTY**   **BANKRUPTCY**              **OTHER STATUTES**
                                                [ ] 367 HEALTHCARE/
[ ] 110   INSURANCE    [ ] 310 AIRPLANE         PHARMACEUTICAL PERSONAL     [ ] 625 DRUG RELATED     [ ] 422 APPEAL              [ ] 375 FALSE CLAIMS
[ ] 120   MARINE       [ ] 315 AIRPLANE PRODUCT INJURY/PRODUCT LIABILITY    SEIZURE OF PROPERTY              28 USC 158          [ ] 376 QUI TAM
[ ] 130   MILLER ACT           LIABILITY        [ ] 365 PERSONAL INJURY     21 USC 881               [ ] 423 WITHDRAWAL          [ ] 400 STATE
[ ] 140   NEGOTIABLE   [ ] 320 ASSAULT, LIBEL &         PRODUCT LIABILITY   [ ] 690 OTHER                    28 USC 157                  REAPPORTIONMENT
          INSTRUMENT           SLANDER          [ ] 368 ASBESTOS PERSONAL                                                        [ ] 410 ANTITRUST
[ ] 150   RECOVERY OF  [ ] 330 FEDERAL                  INJURY PRODUCT                                                           [ ] 430 BANKS & BANKING
          OVERPAYMENT &        EMPLOYERS'               LIABILITY           **PROPERTY RIGHTS**                                  [ ] 450 COMMERCE
          ENFORCEMENT          LIABILITY                                                                                         [ ] 460 DEPORTATION
          OF JUDGMENT  [ ] 340 MARINE           **PERSONAL PROPERTY**       [ ] 820 COPYRIGHTS                                   [ ] 470 RACKETEER INFLU-
[ ] 151   MEDICARE ACT [ ] 345 MARINE PRODUCT                               [ ] 830 PATENT                                               ENCED & CORRUPT
[ ] 152   RECOVERY OF          LIABILITY        [ ] 370 OTHER FRAUD         [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION              ORGANIZATION ACT
          DEFAULTED    [ ] 350 MOTOR VEHICLE    [ ] 371 TRUTH IN LENDING                                                                 (RICO)
          STUDENT LOANS[ ] 355 MOTOR VEHICLE                                [ ] 840 TRADEMARK                                    [ ] 480 CONSUMER CREDIT
          (EXCL VETERANS)      PRODUCT LIABILITY                                                     **SOCIAL SECURITY**         [ ] 490 CABLE/SATELLITE TV
[ ] 153   RECOVERY OF  [ ] 360 OTHER PERSONAL   [ ] 380 OTHER PERSONAL      **LABOR**
          OVERPAYMENT          INJURY                   PROPERTY DAMAGE                              [ ] 861 HIA (1395ff)        [ ] 850 SECURITIES/
          OF VETERAN'S [ ] 362 PERSONAL INJURY - [ ] 385 PROPERTY DAMAGE    [ ] 710 FAIR LABOR       [ ] 862 BLACK LUNG (923)            COMMODITIES/
          BENEFITS             MED MALPRACTICE          PRODUCT LIABILITY           STANDARDS ACT    [ ] 863 DIWC/DIWW (405(g))          EXCHANGE
[ ] 160   STOCKHOLDERS                                                      [ ] 720 LABOR/MGMT       [ ] 864 SSID TITLE XVI
          SUITS                                                                     RELATIONS        [ ] 865 RSI (405(g))
[ ] 190   OTHER                                 **PRISONER PETITIONS**      [ ] 740 RAILWAY LABOR ACT                            [ ] 890 OTHER STATUTORY
          CONTRACT                              [ ] 463 ALIEN DETAINEE                                                                   ACTIONS
[ ] 195   CONTRACT                              [ ] 510 MOTIONS TO          [ ]  751 FAMILY MEDICAL  **FEDERAL TAX SUITS**       [ ] 891 AGRICULTURAL ACTS
          PRODUCT              ACTIONS UNDER STATUTES   VACATE SENTENCE     LEAVE ACT (FMLA)
          LIABILITY                                     28 USC 2255                                  [ ] 870 TAXES (U.S. Plaintiff or
[ ] 196 FRANCHISE      **CIVIL RIGHTS**         [ ] 530 HABEAS CORPUS       [ ] 790 OTHER LABOR              Defendant)          [ ] 893 ENVIRONMENTAL
                                                [ ] 535 DEATH PENALTY               LITIGATION      [ ] 871 IRS-THIRD PARTY              MATTERS
                       [ ] 440  OTHER CIVIL RIGHTS [ ] 540 MANDAMUS & OTHER [ ] 791 EMPL RET INC             26 USC 7609         [ ] 895 FREEDOM OF
**REAL PROPERTY**              (Non-Prisoner)                                       SECURITY ACT (ERISA)                                 INFORMATION ACT
                       [ ] 441 VOTING                                                                                            [ ] 896 ARBITRATION
[ ] 210   LAND         [ ] 442 EMPLOYMENT                                   **IMMIGRATION**                                      [ ] 899 ADMINISTRATIVE
          CONDEMNATION [ ] 443 HOUSING/         **PRISONER CIVIL RIGHTS**                                                                PROCEDURE ACT/REVIEW OR
[ ] 220   FORECLOSURE          ACCOMMODATIONS                               [ ] 462 NATURALIZATION                                       APPEAL OF AGENCY DECISION
[ ] 230   RENT LEASE & [ ] 445 AMERICANS WITH   [ ] 550 CIVIL RIGHTS                APPLICATION
          EJECTMENT            DISABILITIES -   [ ] 555 PRISON CONDITION    [ ] 465 OTHER IMMIGRATION                            [ ] 950 CONSTITUTIONALITY OF
[ ] 240   TORTS TO LAND        EMPLOYMENT       [ ] 560 CIVIL DETAINEE              ACTIONS                                              STATE STATUTES
[ ] 245   TORT PRODUCT [ ] 446  AMERICANS WITH     CONDITIONS OF CONFINEMENT
          LIABILITY            DISABILITIES -OTHER
[ ] 290   ALL OTHER    [ ] 448 EDUCATION
          REAL PROPERTY

Check if demanded in complaint:

☐  CHECK IF THIS IS A **CLASS ACTION**    DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
   UNDER F.R.C.P. 23                      AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                          IF SO, STATE:

DEMAND $_____ OTHER _____   JUDGE _____ DOCKET NUMBER_____

*Check YES only if demanded in complaint*
JURY DEMAND: ☐ YES  ☐ NO                  NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

☐ 1 Original Proceeding
☐ 2 Removed from State Court
  ☐ a. all parties represented
  ☐ b. At least one party is pro se.
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from (Specify District)
☐ 6 Multidistrict Litigation (Transferred)
☐ 7 Appeal to District Judge from Magistrate Judge
☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION** *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF  ☐ 2 U.S. DEFENDANT  ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)  ☐ 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**
I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:  THIS ACTION SHOULD BE ASSIGNED TO:  ☐ WHITE PLAINS   ☐ MANHATTAN

DATE          SIGNATURE OF ATTORNEY OF RECORD          ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED Mo. _____ Yr. _____)
RECEIPT #          Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)