UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MARIA LUPARDO,  Civil Action No.: 18-cv-11984 (DAB)

        Plaintiff,

    v.  **DEFENDANT'S NOTICE OF APPEARANCE**

THE ARMORY FOUNDATION,

        Defendant.
-----------------------------------------------------------------x

    PLEASE TAKE NOTICE that Defendant The Armory Foundation hereby appears in the above-entitled action and that the undersigned have been retained as attorneys for said Defendant and demands that all papers in this action be served upon the undersigned at the office address stated below.

DATED:    January 29, 2019
                New York, New York

Respectfully Submitted,

EUSTACE, MARQUEZ, EPSTEIN, PREZIOSO & YAPCHANYK
Attorneys for Defendant
The Armory Foundation
Office and Post Office Address
55 Water Street, 29th Floor
New York, New York 10041
(212) 612-4200

By: _/s/ Bennett_____

Gregory R. Bennett

1

To (via ECF):
Attorneys for Plaintiff
Gregory A. Tsonis (GT-5737)
Attorneys for Plaintiff
*Maria Lupardo*
6800 Jericho Turnpike, Suite 120W
Syosset, NY 11797
516-393-5876