UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MARIA LUPARDO,                                      Civil Action No.: 18-cv-11984
                                                    (DAB)

                        Plaintiff,

           v.                                       **DEFENDANT'S FED. R. CIV.**
                                                    **P. 7.1 CORPORATE**
THE ARMORY FOUNDATION,                              **DISCLOSURE STATEMENT**

                        Defendant.

-----------------------------------------------------------------x

           Pursuant to Federal Rule of Civil Procedure 7.1 and to enable judges and magistrates of

the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for

Defendant The Armory Foundation certifies that the following are parent corporations or

publicly held corporations that own 10% or more of its stock:  NONE.

DATED:        January 28, 2019
              New York, New York

                                          Respectfully Submitted,

                                          EUSTACE, MARQUEZ, EPSTEIN, PREZIOSO &
                                          YAPCHANYK
                                          Attorneys for Defendant
                                          The Armory Foundation
                                          Office and Post Office Address
                                          55 Water Street, 29th Floor
                                          New York, New York 10041
                                          (212) 612-4200

                                          By:   _____

                                          Gregory R. Bennett

1

To (via ECF):
Attorneys for Plaintiff
Gregory A. Tsonis (GT-5737)
Attorneys for Plaintiff
*Maria Lupardo*
6800 Jericho Turnpike, Suite 120W
Syosset, NY 11797
516-393-5876