USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
MARIA LUPARDO,

                Plaintiff,

  -against-

THE ARMORY FOUNDATION,

                Defendant.
---------------------------------------------------------x

Civil Action No. 18-cv-11984 (DAB)

**[PROPOSED] ORDER**

Following consideration of a letter from Defendant The Armory Foundation, dated December 12, 2019 (Dkt.#21), seeking the Court's permission to, *inter alia*, file a motion to address issues it has encountered during discovery, it is hereby ORDERED:

GRANTED.
/s/ DAB
1/14/2020

[ (i)    Defendant may file a motion, pursuant to Fed. R. Civ. P. 37 and/or any applicable Local Civil or Federal Rules, seeking all appropriate and available relief provided for therein; ]

GRANTED.
/s/ DAB
1/14/2020

[ (ii)    Defendant may file a motion, in accordance with the Court's Individual Practices and/or any applicable Local Civil Rules, seeking a modification of one or more dates referred to in Section II of the Court's October 3, 2019 Scheduling Order (Dkt.#20); and ]

GRANTED.
/s/ DAB
1/14/2020

[ (iii)    Any such motion shall be filed via ECF on or before the seventh day following entry of this Order on the docket. ]

SO ORDERED.          1/14/2020

Dated:      January 14 , 2020

_____
Deborah A. Batts
United States District Judge