```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

MARIA LUPARDO,

                      **Plaintiff,**   18-CV-11984 (LTS)(SN)

      -against-   **ORDER**

THE ARMORY FOUNDATION,

                      **Defendant.**

```
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge**:

      The discovery conference scheduled for March 5, 2020, at 2:30 p.m. is rescheduled for the same date at 3:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     March 2, 2020
               New York, New York