**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 3/13/2020

**MARIA LUPARDO,**

                               **Plaintiff,**                        **18-CV-11984 (LTS)(SN)**

            **-against-**                                  **ORDER**

**THE ARMORY FOUNDATION,**

                               **Defendant.**

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        On March 5, 2020, the parties appeared before me for a discovery conference. As ordered at that conference, the following deadlines will apply in this case:

1. Defendant shall respond to Plaintiff's discovery demands by April 3, 2020.

2. The close of all discovery is May 8, 2020.

3. Letter motions relating to any discovery disputes are due by April 13, 2020. Letter motions should not exceed five pages. Responses to such letter motions are due by April 15, 2020. If there are no discovery disputes, the parties shall file a joint status letter by April 13, 2020.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      March 13, 2020
                New York, New York