

6800 jericho tpke  
suite 120w  
syosset, ny 11791  
p: 516.393.5876  
f: 516.393.5819  
www.gatlawoffice.com  
gtsonis@gatlawoffice.com

July 14, 2021

**Via ECF and E-Mail (CronanNYSDChambers@nysd.uscourts.gov)**
Hon. Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

        Re:    *Lupardo v. The Armory Foundation*
               Civil Action No.: 18cv11984 (JPC) (SN)

Dear Judge Cronan:

      I represent Plaintiff, Maria Lupardo, in connection with the above-referenced matter. I write this letter on behalf of both parties. Following discussions with the Civil Appeals Mediation Program of the Second Circuit, the parties have agreed to explore a possible resolution of this dispute through a private mediation. As such, both parties respectfully request that the Court refrain from adjudicating the Foundation's pending motion for summary judgment until the earlier of either the next sixty days and/or the date either party informs the Court that the matter has not been resolved. This will allow the parties to freely engage in mediation without issuance of a ruling that might change a party's position materially.

      We thank you for your attention to this matter and the parties' request.

Respectfully Submitted,

*Gregory Tsonis*
Gregory A. Tsonis

The parties' request is granted. This case is stayed pending settlement discussions. The parties shall submit a letter by September 13, 2021 updating the Court on the status of private mediation. The Court will not issue a decision on Defendant's pending motion for summary judgment before that date.

SO ORDERED.

Date:   July 15, 2021
           New York, New York

                                                      JOHN P. CRONAN
                                                    United States District Judge