# TRAUB LIEBERMAN

Mid-Westchester Executive Park  |  7 Skyline Drive  |  Hawthorne, NY 10532
DIRECT (914) 586-7037  |  MAIN (914) 347-2600  |  FAX (914) 347-8898

Gregory R. Bennett  |  Partner  |  gbennett@tlsslaw.com

August 26, 2021

*Via ECF Only*

U.S. District Judge John P. Cronan
U.S. District Court, S.D.N.Y.
500 Pearl Street, Room 1320
New York, New York 10007

Re:  *Lupardo v. The Armory Foundation*
      Civil Action No.:  18cv11984 (JPC) (SN)

Dear Judge Cronan:

As the parties previously notified the Court (ECF Doc. #90), they sought a stay in connection with the Court's adjudication of the Defendant's summary judgment motion (the "Motion") so that the parties could explore a potential resolution of this dispute.  At this time, the Defendant respectfully requests that the Court's stay on the Motion be lifted, and that the Court adjudicate the Motion at its convenience.

Thank you for your attention to this request.

Respectfully Submitted,

TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

*Gregory R. Bennett*

Gregory R. Bennett

cc:  Gregory A. Tsonis, Esq. (via ECF only)

Defendant's request is granted, and the Court lifts the stay.  The Court will decide the motion for summary judgment in due course.

SO ORDERED.

Date:  August 27, 2021
       New York, New York

JOHN P. CRONAN
United States District Judge

NEW YORK
NEW JERSEY
ILLINOIS
FLORIDA
CONNECTICUT
CALIFORNIA

www.traublieberman.com