UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MARIA LUPARDO,                                                    :
:
               Plaintiff,                           :
:        18 Civ. 11984 (JPC)
     -v-                                                          :
:        ORDER
THE ARMORY FOUNDATION,                                            :
:
               Defendant.                           :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On October 12, 2021, the Court ordered the parties to submit a joint letter updating the Court on the status of mediation by December 16, 2021. Dkt. 98. The parties failed to submit a status letter by the December 16, 2021 deadline. Accordingly, it is hereby ORDERED that, by December 20, 2021, the parties shall submit a status letter as set forth in the October 12, 2021 Order, including whether the parties request that the case remain stayed.

       SO ORDERED.

Dated: December 17, 2021
       New York, New York
                                             JOHN P. CRONAN
                                             United States District Judge